UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
BENJAMIN GONZALEZ              )
                               )
         v.                    )   Civ. No. 05-10709-NMG
                               )
UNITED STATES                  )
```

**<u>RESPONDENT'S MOTION TO ENLARGE TIME TO RESPOND TO SECTION 2255</u>**

Now comes the United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and David Hennessy, Assistant U.S. Attorney, and hereby moves to enlarge the time to respond to a petition filed in the above-referenced case for relief under 28 U.S.C. § 2255.

As grounds therefor, the government states as follows:

1. Gonzalez pleaded guilty pursuant to an agreement to three counts of possessing cocaine base with intent to distribute, in violation of 21 U.S.C. § 841, and one count of possessing cocaine with intent to distribute, in violation of 21 U.S.C. § 841.

2. On November 19, 2002, this Court sentenced Gonzalez to 135 months incarceration and five years of supervised release. Gonzalez is serving this sentence.

3. Gonzalez appealed and the Court of Appeals for the First Circuit affirmed the judgment, except with respect to the drug testing component of supervised release. Gonzalez is awaiting re-sentencing on the drug-testing component of supervised release, pursuant to the January 19, 2005 Mandate of the Court of

Appeals.

4. On March 26, 2005, Gonzalez moved to vacate, set aside, or correct his sentence, pursuant to 28 U.S.C. § 2255. By order dated April 14, 2005, this Court ordered the government to respond within 20 days of receipt of the Court's Order.

5. Counsel for the government requests an additional 90 days to respond. Counsel has two appellate briefs due in the next four weeks: United States v. Juan Quinones, 03-1061, due on May 6; United States v. Alsenio Samboy, 04-1615 (defendant's brief received on April 29, 2005.

6. In addition, Counsel has trial scheduled in the following three criminal matters: United States v. Tyrone William, 03-40024-FDS, commencing on May 23, 2005; United States v. Alexis Morales, 04-40019-FDS, commencing on June 6, 2005; and, United States v. Eddie Aoude, 03-40013-FDS, commencing on July 18, 2005.

7. Gonzalez is currently serving a sentence of 135 months. The government respectfully submits that allowing this motion will not adversely affect his rights.

8. No prior motion for a continuance has been made.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                            By: /s/ David Hennessy
                                  _____

                                    David Hennessy
                                    Assistant U.S. Attorney

ss. Worcester

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served by U.S. Mail on this 29th day of April, 2005 on Benjamin Gonzalez, FCI Ray brook, P.O. Box 300, Ray brook, New York 12977.

                                         /s/ David Hennessy
                                         David Hennessy
                                         Assistant U.S. Attorney